**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 18, 2018**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

JUAN CARLOS RAMIREZ-GONZALEZ,

   Defendant - Appellant.

No. 18-3095
(D.C. No. 2:16-CR-20016-CM-4)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on appellant's motion to dismiss the captioned appeal. The motion is granted. The appeal is dismissed pursuant to 10th Cir. R. 46.3(C).

A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk